In the Matter of Jessie J. Barnes, Petitioner, v Monroe County Sheriff, Respondent. [933 NYS2d 630]—

It is hereby ordered that the determinations are unanimously confirmed without costs and the petition is dismissed. Present—Scudder, P.J., Carni, Lindley, Sconiers and Green, JJ.